1356

Same memorandum as in *Matter of Morgia v Horning* ([appeal No. 1] 119 AD3d 1355 [July 3, 2014]). Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.

■ In the Matter of ANDREA J. MORGIA, Appellant, v THOMAS E. HORNING, Respondent. (Appeal No. 3.) [988 NYS2d 509]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered December 17, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Morgia v Horning* ([appeal No. 1] 119 AD3d 1355 [July 3, 2014]). Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.

■ In the Matter of ANDREA J. MORGIA, Appellant, v THOMAS E. HORNING, Respondent. (Appeal No. 4.) [988 NYS2d 509]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered December 17, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Morgia v Horning* ([appeal No. 1] 119 AD3d 1355 [July 3, 2014]). Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.

■ In the Matter of STATE OF NEW YORK, Respondent, v MICHAEL C. BASS, a Patient in the Custody of the Office of Mental Health, Appellant. [989 NYS2d 556]—

Appeal from an amended order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered December 7, 2012 in a proceeding pursuant to Mental Hygiene Law article 10. The amended order, among other things, adjudged that respondent is a dangerous sex offender requiring confinement.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs.

Memorandum: Respondent appeals from an amended order pursuant to Mental Hygiene Law article 10 determining, following a nonjury trial, that he is a dangerous sex offender (*see* § 10.03 [e]) and directing that he be committed to a secure treatment facility. We affirm.